UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM L. NETTING, JR.,**

    **Plaintiff,**

**v.**                                               **Case No. 5:19cv119-TKW-MJF**

**SECRETARY DEPT. OF CORRECTIONS, et al.,**

    **Defendant.**

_____/

# **O R D E R**

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc.10). No objections to the Report and Recommendation were filed.[1] Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that Plaintiff's complaint fails to state a claim upon which relief can be granted and that any amendment would be futile.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

---

[1] It does not appear that Plaintiff received the Report and Recommendation because the copy mailed to him was returned as undeliverable. *See* Doc. 11. That, however, does not preclude the Court from adopting the Report and Recommendation since it was mailed to the most recent address the Court has for Plaintiff, *see* Doc. 9, at 12, and that is the same address listed for Plaintiff on the Department of Corrections website. It is Plaintiff's responsibility to keep his address up to date with the Court and his failure to do so is tantamount to an abandonment of the case.

2. The complaint (Doc. 1) is **DISMISSED with prejudice**.

3. The Clerk shall close the case file.

**DONE and ORDERED** this 25th day of October, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**