UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**WILLIAM L. NETTING, JR.,**

    **Plaintiff,**

**v.**                                                          Case No. 5:19cv119-TKW-MJF

**SECRETARY DEPT. OF CORRECTIONS, et al.,**

    **Defendant.**

_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc.10). No objections to the Report and Recommendation were filed.[1] Having reviewed the Report and Recommendation, I agree with the magistrate judge's determination that Plaintiff's complaint fails to state a claim upon which relief can be granted and that any amendment would be futile.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The complaint (Doc. 1) is **DISMISSED with prejudice**.

---

[1] Plaintiff was given additional time to file objections because it appeared that he did not receive the Report and Recommendation when it was originally issued, *see* Doc. 15; however, he did not file any objections within the additional time allowed.

3. The Clerk shall close the case file.

   **DONE and ORDERED** this 27th day of December, 2019.

   *T. Kent Wetherell, II*
   **T. KENT WETHERELL, II
   UNITED STATES DISTRICT JUDGE**